## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SHAUN LEFLEUR**                                                                                         **PLAINTIFF**
**#92857**

**v.**                                                  **Case No: 4:25-cv-01150-LPR**

**STATE OF ARKANSAS**                                                                                     **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 4). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's claims are DISMISSED without prejudice for failure to comply with the Court's November 4, 2025 Order, submit a completed IFP form or pay the filing fee, and prosecute this lawsuit. The Court DENIES Plaintiff's Motion for Writ of Mandamus (Doc. 1) as moot. The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE